**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02981-MSK-KLM

HELEN R. BARKER,

    Plaintiff,

v.

GUS HUND, doing business as Safeco Insurance doing business as Alllstate Insurance, and
ERIC HUND,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER ADOPTING [12] REPORT AND RECOMMENDATION of Chief Judge Marcia S. Krieger entered on January 2, 2014 it is

    ORDERED that judgment is entered against Plaintiff Helen Barker, who recovers nothing, the action is dismissed for lack of subject matter jurisdiction, and judgment is entered in favor of Defendants GUS HUND, doing business as Safeco Insurance doing business as Alllstate Insurance, and ERIC HUND.  Defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 3rd day of January, 2014.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                By: s/Edward P. Butler
                                Edward P. Butler, Deputy Clerk